# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>A residence located at 330 Mountain View Dr. Kernersville, NC 27284 | Case No. 1:25MJ56 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the Middle District of North Carolina *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before March 11, 2025 *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Hon. Joi Elizabeth Peake.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ________.

Date and time issued: 2/25/2025 2:09pm

Joi Elizabeth Peake
*Judge's signature*

City and state: Winston-Salem, NC

United States Magistrate Judge
*Printed name and title*

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 1:25MJ56 | 3/5/2025 | Lonnie Vogt |

Inventory made in the presence of :
Special Agent Jacob Hudson

Inventory of the property taken and name(s) of any person(s) seized:

36 Firearms and ammunition that was loaded inside of said firearms. please see attached list for details.

11 Assorted batteries from firearm accessories

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/5/2025

[signature]
*Executing officer's signature*

Special Agent Trevor Mayes
*Printed name and title*

| | Make | Model | Serial # | Caliber | Importer | Ammunition |
|---|---|---|---|---|---|---|
| 1 | Hatfield | SAS | 28A22-000682 | 28 gauge | Hatfield Illinois | none |
| 2 | Savage | 64 | 3988861 | 22 gauge | Savage Arms Westfield Mass | none |
| 3 | Hatfield | SAS | 12A16-118296 | 12 gauge | Utas | none |
| 4 | DPMS | LR-308 | 99047 | 308 | None | none |
| 5 | Keltec | Sub 2000 | 24F0Y09 | 57 | None | none |
| 6 | TOKAREV | TAR 20 | 52-H24YD-004461 | 20 | Knoxville, TN | none |
| 7 | SCCY | CPX-1 | C463358 | 9 | None | 10 rounds |
| 8 | Anderson | AM-15 | 24109727 | multi cal | None | none |
| 9 | Keltec | Sub 2000 | 24EAF78 | 9 | None | none |
| 10 | M&P | FPC | VA90051 | 9 | none | none |
| 11 | PSA | PA-15 | SCNL208069 | multi cal | none | none |
| 12 | CBC | 715T | EKD3223563 | 22 | Mossberg | none |
| 13 | Gforce Arms (Radikal) | MKX3 | 24ASS-7670 | 12 | GFORCE Reno, NV | none |
| 14 | Savage Arms | 234 | B265787 | 22 | none | none |
| 15 | S&W | SD9VE | FYM9785 | 9 | none | none |
| 16 | Taurus | G2C | AEG465948 | 9 | Taurus, Brazil | none |
| 17 | S&W | 39-2 | A277215 | 9 | none | none |
| 18 | Taurus | TX22C | 1TJ021971 | 22 | Taurus US GA | 14 rounds |
| 19 | PSA | Dagger Compact | none, glued light | 9 | none | none |
| 20 | Sig Sauer | P320 | 58J410006 | 9 | None | None |
| 21 | Keltec | P17 | 24G7S30 | 22 | none | none |
| 22 | Bersa | Thunder 380 | D79181 | 380 | RSA NJ Made in Argentina | none |
| 23 | Canik (Century Arms) | TP9SA | T6472-20AP03903 | 9 | none | none |
| 24 | S&W | M&P 9 Shield | HYW3514 | 9 | none | none |
| 25 | Taurus | G3C | AED321078 | 40 | Brazil imported by Taurus | 8 rounds |
| 26 | TISAS | PX-9Gen 3 | T062023DC02252 | 9 | none | none |
| 27 | Keltec | PMR-30 | WW0G72 | 22 | none | 30 rounds |
| 28 | SARSILMAZ | SAR 9 | T1102-21BV53466 | 9 | Made in Turkey, SAR USA imported | none |
| 29 | Taurus | PT-22 | Y104564 | 22 | Made in Miami, FL | 8 rounds |
| 30 | Keltec | PF9 | S9B40 | 9 | none | none |
| 31 | Ruger | EC9S | 463-29676 | 9 | none | none |
| 32 | S&W | M2.0 Shield | RJW9970 | 380 | made in Mass | 8 rounds |
| 33 | S&W | M&P Body guard | KEF6872 | 380 | made in Mass | 5 rounds |
| 34 | Ruger | Super Wrangler | 20938413 | 22 | none | none |
| 36 | Armscor of the Phillipines (ACP) (Rock Island Armory) | XTM-22 (M1911-A1 FS 22XT) | XTM012365 | 22 | APINTL-PAHRUMP NV | none |

3/5/25
Special Agent Trevor Mayes
[signature]